■ Compis Services, Inc., Appellant, v ITT Hartford Insurance Company, Inc., Respondent. (Appeal No. 2.) [708 NYS2d 680] —Order unanimously affirmed without costs. Same Memorandum as in *Compis Servs. v Hartford Steam Boiler Inspection & Ins. Co.* (272 AD2d 886 [decided herewith]). (Appeal from Order of Supreme Court, Onondaga County, Elliott, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Wisner and Scudder, JJ.